IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


LEN JOHN ALLEN,                                 06-CV-227-ST

       Petitioner,                          ORDER

v.

GUY HALL,

       Respondent.


**STEVEN T. WAX**
Federal Public Defender
**LISA HAY**
Assistant Federal Public Defender
101 S.W. Main Street
Suite 1700
Portland, OR 97204
(503) 326-2123

       Attorneys for Petitioner


1- ORDER

**HARDY MYERS**
Attorney General
**LESTER R. HUNTSINGER**
Assistant Attorney General
Department of Justice
1162 Court Street, N.E.
Salem, OR 97301-4096
(503) 947-4700

        Attorneys for Respondent

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#45) on February 25, 2008, in which she recommended the Court deny Petitioner Len John Allen's Second Amended Petition for Writ of Habeas Corpus (#13) on the basis that (1) grounds B(1), B(2), B(3), C(2), and D lack support in the record; (2) ground C(1) is procedurally defaulted; and (3) the state court decisions are entitled to deference.  Petitioner filed timely Objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

    Petitioner's Objections reiterate the arguments contained in

2- ORDER

his Memorandum in Support of his Second Amended Petition for Writ of Habeas Corpus.  The Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  This Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#45) and, therefore, **DENIES** Petitioner Lee John Allen's Second Amended Petition for Writ of Habeas Corpus (#13).

IT IS SO ORDERED.

DATED this 2nd day of June, 2008.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3- ORDER